UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MOSHE PERL, on behalf of himself and all others similarly situated,

                    Plaintiffs,

vs.

PHOENIX FINANCIAL SERVICES LLC,

                    Defendant.

---------------------------------------------------------------x

Case No.: 1:20-cv-05435-ENV-CLP

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Phoenix Financial Services LLC shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  March 11, 2021                    **COHEN & MIZRAHI LLP**

                                                        /s/ *Joseph H. Mizrahi*
                                                JOSEPH H. MIZRAHI

                                     JOSEPH H. MIZRAHI
                                     300 Cadman Plaza West, 12th Floor
                                     Brooklyn, NY 11201
                                     Telephone:  929/575-4175
                                     929/575-4195 (fax)
                                     joseph@cml.legal

                                     *Attorneys for Plaintiff Moshe Perl*

| | |
|---|---|
| DATED:  March 11, 2021 | **SESSIONS, ISRAEL & SHARTLE, LLC** |

/s/ *Aaron R. Easley, with consent*
AARON R. EASLEY

AARON R. EASLEY
3 Cross Creek Drive
Flemington, NJ 08822
Telephone: 908/237-1660
877/334-0661 (fax)
aeasley@sessions.legal

*Attorneys for Defendant Phoenix Financial Services LLC*

SO ORDERED:

*/s/ Eric N. Vitaliano*
_____
JUDGE, U.S. District Court
Eastern District of New York

*The Clerk is directed to close this case.*